# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RUFUS WALKER, : No. 158 MAL 2016
:
Petitioner : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
v. :
:
:
:
LANCASTER GENERAL, THE :
LANCASTER GENERAL HOSPITAL, :
ALISON JOHANNA HARTEMINK, M.D., :
BRET M. LEVY, M.D., AND LANCASTER :
EMERGENCY ASSOCIATES, LTD., :
:
Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.